## Ocenas, Appellant, *v.* Stankovic.

Argued September 28, 1971.   Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Harry S. Kalson,* for appellant.

*Gilbert E. Morcroft,* for appellee.

OPINION PER CURIAM, March 20, 1972:
Decree affirmed.   Each side to pay own costs.

The former Mr. Chief Justice BELL took no part in the consideration or decision of this case.

The former Mr. Justice BARBIERI took no part in the decision of this case.